# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In the Matter of the Bankruptcy | ) | Ch. 7 |
| of Patricia Leonard, | ) | No. 16-40538 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Ronald J. Eisenberg of Schultz & Associates LLP enters his appearance as counsel for Creditor Waycliffe Development Corp. and requests notice.

SCHULTZ & ASSOCIATES LLP

By: /s/ Ronald J. Eisenberg
Ronald J. Eisenberg, #48674MO
640 Cepi Drive, Suite A
Chesterfield, MO 63005-1221
(636) 537-4645
Fax: (636) 537-2599
reisenberg@sl-lawyers.com

*Attorney for Creditor*

## CERTIFICATE OF FILING

I certify that on this 27th day of January, 2016, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification to all registered parties on the CM/ECF service list.

/s/ Ronald J. Eisenberg