**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No.:  16-40538-705 |
| PATRICIA LEONARD, | ) | |
| | ) | Chapter 13 |
| Debtor. | ) | |
| | ) | |

### MEMORANDUM

COMES NOW Debtor, by and through Debtor's undersigned Counsel, and states as follows:

1) Debtor on April 24, 2016 is filing an Amended Schedule A/B.

2) Debtor's Amended Schedule A/B contains the following change in Part 1: ownership of the real property scheduled is by at least one of the Debtors and another because the real property is co-owned by Debtor's spouse, David Leonard.

3) Debtor's Amended Schedule A/B also contains the following change in the other information section: "Debtor and Debtor's spouse purchased for $260,500.00 in 1990" is stated instead of the original statement "Debtor purchased for $260,500.00 in 1990."

Respectfully submitted,

/s/ Frank R. Ledbetter
Frank R. Ledbetter, MBE#53521;Fed#53521MO
Attorney for Debtors
141 N. Meramec Avenue, Suite 24
Saint Louis, MO 63105
(314) 535-7780 Telephone
(314) 533-7078 Facsimile
Email:  staltty@gmail.com

1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that a true copy of the above was sent either electronically or by U. S. Mail, First Class, postage pre-paid to the following parties on this 24th day of April 2016:

Office of the U. S. Trustee
111 S. 10th Street, Suite 6353
St. Louis, MO 63102

John V. LaBarge, Jr.
Chapter 13 Trustee
PO Box 430908
St. Louis, MO 63143

<u>/s/ Frank R. Ledbetter</u>