```
Label Matrix for local noticing          Waycliffe Development Corp.              Capital One
0865-4                                   c/o Schultz & Associates LLP             Attn: Bankruptcy
Case 16-40538                            640 Cepi Drive, Suite A                  PO Box 30285
Eastern District of Missouri             Chesterfield, MO 63005-1366              Salt Lake City, UT 84130-0285
St. Louis
Wed May 18 10:00:13 CDT 2016

Children's Clinic                        Clayton Dental                           First Premier Bank
c/o Account Resolution Corporation       c/o Capital Accounts                     3820 N Louise Avenue
700 Goddard Avenue                       PO Box 140065                            Sioux Falls, SD 57107-0145
Chesterfield, MO 63005-1100              Nashville, TN 37214-0065


(p)INTERNAL REVENUE SERVICE              Missouri Department of Revenue           Office of US Trustee
CENTRALIZED INSOLVENCY OPERATIONS        POB 475                                  111 S Tenth St, Ste 6.353
PO BOX 7346                              Jefferson City, MO 65105-0475            St. Louis, MO 63102-1127
PHILADELPHIA PA 19101-7346


Parkway Pathology                        Specialized Loan Servi                   Specialized Loan Servicing
c/o Day Knight                           Attn: Bankruptcy                         Attn: Bankruptcy
PO Box 5                                 8742 Lucent Blvd.  Suite 300             8742 Lucent Boulevard,  Suite 300
Grover, MO 63040-0005                    Highlands Ranch, CO 80129-2386           Highlands Ranch, CO 80129-2386


St. Louis Metropolitan Sewer District    Total Access Urgent Care                 Waycliffe Development Corporation
2350 Market Street                       c/o MCA Management Company               8922 Manchester Road
Saint Louis, MO 63103-2555               PO Box 480                               Saint Louis, MO 63144-2622
                                         High Ridge, MO 63049-0480


Waycliffe Development Corporation        E. Rebecca Case                          Frank R. Ledbetter
c/o Ronald J. Eisenberg                  7733 Forsyth Blvd.                       Ledbetter Law Firm
640 Cepi Drive, Suite A                  Suite 500                                141 N. Meramec Avenue, Suite 24
Chesterfield, MO 63005-1366              Saint Louis, MO 63105-1817               St. Louis, MO 63105-3750


Patricia Leonard
614 Grant Court
Saint Louis, MO 63119-4570
```

                The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
INTERNAL REVENUE SERVICE                 End of Label Matrix
CENTRALIZED INSOLVENCY OPERATIONS        Mailable recipients    18
PO BOX 21126                             Bypassed recipients     0
Philadelphia, PA 19114-0320              Total                  18
```