**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) |
| PATRICIA LEONARD, | )   Case No.: 16-40538-705 |
|         Movant/Debtor, | ) |
| | )   Chapter 7 |
| vs. | ) |
| | ) |
| WOODARD CLEANING, | ) |
| Charles Wood, Registered Agent, 2647 Rock | ) |
| Hill Industrial Court, St. Louis, MO 63144, | ) |
| | ) |
|         Respondent/Creditor. | ) |

**NOTICE AND MOTION TO AVOID JUDICIAL LIEN OF WOODARD CLEANING &
RESTORATION, INC.**

       **PLEASE TAKE NOTICE:  ANY RESPONSIVE PLEADING IN OPPOSITION TO
THIS MOTION MUST BE FILED IN WRITING NO LATER THAN TWENTY-ONE (21)
DAYS FROM THE DATE OF SERVICE OF THIS MOTION AS SHOWN ON THE
CERTIFICATE OF SERVICE.  THE RESPONSE MUST BE IMMEDIATELY SERVED
UPON THE UNDERSIGNED AND UPON ALL CREDITORS AND PARTIES IN
INTEREST WHO WERE SERVED WITH THIS MOTION PURSUANT TO THE LOCAL
RULES OF BANKRUPTCY PROCEDURE.  THE COURT MAY GRANT THE MOTION
WITHOUT FURTHER NOTICE TO ANY PARTY UPON EXPIRATION OF THE
RESPONSE PERIOD IF NO RESPONSE IS FILED.**

       **IF A RESPONSE IS FILED, THE MOVANT SHALL SET THE MATTER FOR
HEARING AND PROVIDE NOT LESS THAN FOURTEEN (14) DAYS WRITTEN
NOTICE THEREOF TO THE RESPONDENT AND TO ALL CREDITORS AND PARTIES
IN INTEREST SERVED WITH THE RESPONSE.**

1. Debtor, Patricia Leonard, commenced this case on January 27, 2016 by filing a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code.

2. The Court has jurisdiction pursuant to 28 U.S.C. Sec. 1334 to avoid and cancel the judicial lien held by Woodard Cleaning & Restoration, Inc. (hereinafter "Woodard") on real property of the Debtor pursuant to 11 U.S.C. Sec. 522(f).

3.  On or about January 18, 2008, Woodard obtained a judgment against the Debtor and obtained a lien against the Debtor's real property located at 614 Grant Court, Saint Louis, MO 63119 of which the legal description is Lot 2 of Grant Court, a subdivision in St. Louis, County, Missouri, as per plat thereof recorded in Plat Book 251, Page 95 of the St. Louis County Records.   The judgment is entered of record in Woodard Cleaning & Restoration, Inc. vs. Patricia Leonard et al., 2107AC-21571-01 in the Circuit Court of Saint Louis, County in the State of Missouri, Association Division.

    The amount of the judgment is $4.978/55 plus court costs and attorneys' fees, which constitutes the amount of the lien.

4.  The fair market value of the real estate owned by Debtor and subject to the judicial lien is $330,000.00.

5.  The Debtor claims an exemption in the property referred to in the preceding paragraph in the amount of $15,000.00.

6.  At the time Debtor filed this bankruptcy petition, this real estate was subject to consensual mortgage lien(s) and other liens in the amount of $508,799.32.

7.  At the time Debtor filed this bankruptcy petition, the Creditor's judicial lien secured an indebtedness in the amount of $4,978.55.

8.  The existence of the Woodard's lien on Debtor's real estate impairs exemptions to which the Debtor would be entitled under 11 U.S.C. Sec. 522(b).  The applicable formula as set forth in *Kolich v. Antioch Laurel Veterinary Hospital Inc. (In re Kolich), 273 B.R. 199 (B.A.P. 8th Cir. 2002) aff'd 328 F.3d 406 (8th Cir. 2003)* is:

| | |
|---|---|
| *Creditor's Judicial Lien* | $4,978.55 |
| *Plus all other liens* | $503,820.77 |
| *Plus exemptions* | $15,000.00 |
| *Total* | $523,799.32 |
| *Minus value of land interest absent liens* | $330,000.00 |
| *Extent of Impairment* | $193,799.32 |

2

9. The extent of impairment exceeds the amount of the Creditor's judicial lien so that the entire judicial lien should be avoided.

   WHEREFORE, Debtor prays for an order against Woodard Cleaning & Restoration, Inc. avoiding and canceling the judicial lien in the above-mentioned property to the extent of the lien impairs Debtor's exemptions, and for such additional or alternative relief as may be just and proper.


                              Respectfully submitted,


                              /s/ Frank R. Ledbetter
                              Frank   R.   Ledbetter,   MBE#53521;Fed#53521MO
                              Attorney for Debtor
                              141 N. Meramec Avenue, Suite 24
                              Saint Louis, MO 63105
                              (314) 535-7780 Telephone
                              (314) 533-7078 Facsimile
                              Email:  stlatty@gmail.com

CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the above was sent either electronically or by U. S. Mail, First Class postage pre-paid the following parties on this 5th day of July 2016:

Office of the U. S. Trustee
111 S. 10th  Street, Suite 6353
St. Louis, MO 63102

E. Rebecca Case
7733 Forsyth Boulevard
Suite 500
St. Louis, MO 63105

Charles Woodard
2647 Rock Hill Industrial Court
St. Louis, Missouri 63144
Registered Agent for Woodard Cleaning & Restoration, Inc.

/s/ Frank R. Ledbetter

4