IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In re: | § | Case No. 16-40538-705 |
| | § | |
| Patricia Leonard, | § | Chapter 7 |
| | § | |
| Debtor. | § | |

## NOTICE OF HEARING

The Court hereby gives **NOTICE** that the document captioned as a "Motion to Dismiss the Motion to Avoid Lien" [Doc. No. 42], which the Court treats to be an objection to the Motion to Avoid Lien [Doc. No. 32], shall be heard on **November 9, 2016, at 9:30 A.M. at the Thomas F. Eagleton U.S. Courthouse, 111 S. 10th St., Fl. 7, Courtroom South, St. Louis, Missouri 63102**, concurrently with the currently scheduled hearing on the Motion to Avoid Lien. At that hearing, the Court will entertain objections to the Motion to Avoid Lien, including any objection based on the applicability of the doctrine of res judicata.

DATED: October 18, 2016
St. Louis, Missouri 63102
mtc

CHARLES E. RENDLEN, III
U.S. Bankruptcy Judge

Copy Mailed To:

**Frank R. Ledbetter**
Ledbetter Law Firm
141 N. Meramec Avenue, Suite 24
St. Louis, MO 63105

**David M. Dare**
Herren, Dare & Streett
1051 N. Harrison Ave.
St. Louis, MO 63122

**E. Rebecca Case**
7733 Forsyth Blvd.
Suite 500
Saint Louis, MO 63105