UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case #: 16-40538-705 |
| PATRICIA LEONARD, | ) | |
| | ) | Chapter 7 |
|    Debtor, | ) | |
| | ) | |
| PATRICIA LEONARD, | ) | |
| | ) | |
|    Movants, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| E. REBECCA CASE, | ) | |
| | ) | |
|    Trustee, | ) | |
| | ) | |
|    Respondent. | ) | |

### WITHDRAWAL OF MOTION TO AVOID JUDICIAL LIEN OF WAYCLIFFE DEVELOPMENT CORPORATION

COMES NOW Debtor, by and through Debtor's undersigned Counsel and withdraws Debtor's Motion to Avoid the Judicial Lien of Waycliffe Development Corporation, which Debtor had filed on June 1, 2016.

                                           Respectfully submitted,

                                           /s/ Frank R. Ledbetter\_\_\_
                                           Frank R. Ledbetter, MBE#53521; Fed#53521MO
                                           Attorney for Debtor
                                           141 N. Meramec Avenue, Suite 24
                                           Saint Louis, MO 63105
                                           (314) 535-7780-Telephone
                                           (314) 533-7078-Facsimile
                                           Email: stlatty@gmail.com

**CERTIFICATE OF SERVICE**

    The undersigned certifies that a true copy of the above was sent either electronically or by U. S. Mail, First Class, postage pre-paid to the following parties on this 16th day of December 2016:

Office of the U. S. Trustee
111 S. 10th Street, Suite 6353
St. Louis, MO 63102

E. Rebecca Case
7733 Forsyth Boulevard
Suite 500
Saint Louis, MO 63105

Ronald J. Eisenberg
Schultz & Associates, LLP
640 Cepi Drive, Suite A
Chesterfield, MO 63005-1221

David M. Dare
Herren, Dare & Streett
1051 N. Harrison Avenue
Saint Louis, MO 63122

                                                            /s/ Frank R. Ledbetter\_\_\_